IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT REARICK,

    Plaintiff,

vs.

    Civil Action No.: 04-1535
    Judge AMBROSE
    Magistrate Judge LENIHAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

ORDER

And now, this ___7th___ day of ___July___, _____ it is hereby ORDERED that plaintiff's counsel is awarded ___$3552.50___ in attorney fees under the Equal Access to Justice Act.

_____
United States District Judge